**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

LANA FOSTER,                               :
                                          :
    Plaintiff,                          :
                                          :
    v.                                  :        Civil Action No. 7:09-CV-155 (HL)
                                          :
ECHOLS COUNTY                             :
BOARD OF EDUCATION,                       :
                                          :
    Defendant.                          :

_____

**ORDER**

On December 23, 2009, Plaintiff, Lana Foster, filed a lawsuit against the Echols County Board of Education, alleging that she had been discriminated against on the basis of her race, and had been retaliated against, all in violation of Title VII, 42 U.S.C. § 2000e, *et seq.* The Board of Education subsequently filed a Motion to Dismiss (Doc. 5), stating that it was not served properly and does not have the capacity to be sued.

Plaintiff filed a response to the Motion to Dismiss, along with a Motion for Leave to File Amended Complaint (Doc. 13). In her Motion for Leave, Plaintiff seeks permission to file an amended complaint against the proper defendant, the Echols County School District. She states that counsel for the Board of Education, who also represents the School District, has no objection to the relief requested.

Plaintiff's Motion for Leave to File (Doc. 13) is granted. Plaintiff is directed to file her amended complaint no later than April 7, 2010, and serve the School District as required by the Federal Rules of Civil Procedure no later than April 12, 2010.

In light of the Court's ruling, the Motion to Dismiss (Doc. 5), which relates to the original complaint, is denied as moot.

**SO ORDERED**, this the 2nd day of April, 2010.

*/s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh