IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **LANA FOSTER,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:09-CV-155 (HL) |
| **ECHOLS COUNTY SCHOOL DISTRICT,** | : | |
| **Defendant.** | : | |

**ORDER**

The Court orders this case to mediation. Any mediation must be completed not later than January 7, 2011. The parties are to notify the Court, in writing, of the result of the mediation, not later than January 11, 2011. The deadline to file dispositive motions will be extended to January 31, 2011.

The parties have expressed their desire to take the depositions of three witnesses after the Court rules on any dispositive motions. The depositions will be allowed, provided the parties first file a written consent to the depositions with the Court. However, no additional discovery will be allowed after the depositions are taken.

**SO ORDERED**, this the 2nd day of December, 2010.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh